

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-91,753-01 & -02

### EX PARTE JARIOUS ZSONTAE WILLIAMS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 369CR-18-33939-A & 369CR-16-32725-A
### IN THE 3RD DISTRICT COURT FROM ANDERSON COUNTY

*Per curiam*.

## O R D E R

Applicant pleaded guilty to two drug offenses and was sentenced to imprisonment. Applicant, through habeas counsel, filed these application for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that his pleas were involuntary because trial counsel provided ineffective assistance. Applicant has alleged facts that, if true, might entitle him to relief. *Hill v. Lockhart*, 474 U.S. 52 (1985); *Ex parte Argent*, 393 S.W.3d 781 (Tex. Crim. App. 2013). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to

respond to Applicant's claims of ineffective assistance by explaining counsel's representation of Applicant, including applicable strategy and tactical decisions. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d).

The trial court shall make findings of fact and conclusions of law regarding Applicant's habeas claims. The trial court may also make any other findings and conclusions that it deems appropriate.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 21, 2020

Do not publish